DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HEMANT N. SHAH a/k/a HEMANTKUMAR NATHUBHAI SHAH,
and MADHVI H. SHAH,

Appellants,

v.

REGIONS BANK, an Alabama state chartered bank,
as successor in interest to AMSOUTH BANK,
EVERBANK COMMERCIAL FINANCE, INC., a Delaware corporation,
KEY EQUIPMENT FINANCE, INC., a Michigan Corporation,
MAYSOUN DAABOUL f/k/a UNKNOWN TENANTS, and
HAMP CORPORATION, INC., a dissolved Florida corporation,

Appellees.

No. 2D22-2750

_____

September 13, 2023

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo,
Judge.

Dustin D. Deese of McIntyre Thanasides Bringgold Elliott and Grimaldi
Guito & Matthews, P.A., Tampa, for Appellants.

Andrew J. Ghekas, John A. Anthony, and Stephenie Biernacki Anthony
of Anthony & Partners, LLC, Tampa, for Appellee Regions Bank, an
Alabama state chartered bank, as successor in interest to Amsouth
Bank.

No appearance for other Appellees.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.